51 So.2d 914

**Fred LEVERETT v. STATE.**
**7 Div. 89.**

Court of Appeals of Alabama.
Jan. 30, 1951.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

PER CURIAM.
Affirmed.

48 So.2d 892

**Austin, alias Chicken, LEWIS v. STATE.**
**8 Div. 935.**

Court of Appeals of Alabama.
Aug. 22, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

44 So.2d 916

**Austin (alias Chicken) LEWIS v. STATE.**
**8 Div. 790.**

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

44 So.2d 916

**Austin LEWIS v. STATE.**
**8 Div. 791.**

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

45 So.2d 870

**Austin LEWIS v. STATE.**
**8 Div. 849.**

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

45 So.2d 870

**Austin, alias Chicken, LEWIS v. STATE.**
**8 Div. 868.**

Court of Appeals of Alabama.
Feb. 7, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

690

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

44 So.2d 916

### Bob LEWIS v. STATE.
### 8 Div. 847.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

44 So.2d 36

### Horace LEWIS v. STATE.
### 6 Div. 811.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Assault and battery.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

44 So.2d 917

### Robert LEWIS v. STATE.
### 8 Div. 840.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

44 So.2d 917

### Fannie Ida LINTON v. STATE.
### 6 Div. 665.

Court of Appeals of Alabama.
Jan. 17, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Assault with weapon.

A. A. Carmichael, Atty. Gen., and Jas. T. Hardin, Asst. Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

44 So.2d 917

### Grover LIPHAM v. STATE.
### 7 Div. 9.

Court of Appeals of Alabama.
Jan. 17, 1950.

Appeal from Circuit Court, Calhoun County; Leslie C. Longshore, Judge.

Transporting.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.